IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> SLS Services, Inc. <br> d/b/a Sign-Lite SLS Services, LLC <br><br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:08-cv-0442 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK**:

Please enter the Return of Service attached to this notice.

**Name of Party Served:**   SLS Services, Inc.

**Date/Time of Service:**   April 8, 2008 at 12:25 pm

**Location of Service:**   12665 Coit Road
Cleveland, OH 44108

Respectfully submitted,

JENNINGS SIGMOND

BY: /s Kent G. Cprek
   KENT G. CPREK
   D.C. Bar No. 478231
   The Penn Mutual Towers, 16th Floor
   510 Walnut Street, Independence Square
   Philadelphia, PA 19106-3683
   (215) 351-0615

Counsel for Plaintiff

Dated: April 16, 2008

195189-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

SLS Services, Inc.
d/b/a Sign-Lite SLS Services, LLC

Case: 1:08-cv-00442
Assigned To : Lamberth, Royce C.
Assign. Date : 3/13/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

SLS Services, Inc.
d/b/a Sign-Lite SLS Services, LLC
12665 Coit Road
Cleveland, OH 44108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT G. CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                        MAR 13 2008
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE April 8, 2008 |
| NAME OF SERVER (PRINT) Daniel Schuller | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Corporately served John McClacherty as Authorized Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-8-08 at 12:25 pm    *(signature)*    DANIEL SCHULLER
             Date                    Signature of Server

ProVest LLC
644 Linn Street, Suite 700
Cincinnati, OH 45203
Address of Server

Subscribed and sworn before me this 9th day of April 2008

*(signature)*
Signature of Notary Public

AMY MAROUN
Notary Public, in and for the
State of Ohio
My Commission Expires
March 18, 2013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.