IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:08-cv-0442 (RCL) |
| SLS SERVICES, LLC d/b/a Sign-Lite SLS Services, LLC | ) ) ) ) | |
| Defendant | ) | |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to the Defendants as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

                                                  Respectfully submitted,

                                                  JENNINGS SIGMOND, P.C.

                                     BY:/s/    Kent G. Cprek
                                            KENT G. CPREK, ESQUIRE
                                            (I.D. NO. 478231)
                                            The Penn Mutual Towers, 16th Floor
                                            510 Walnut Street, Independence Square
                                            Philadelphia, PA 19106-3683
                                            (215) 351-0615
Date: July 21, 2008                           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Kent G. Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

SLS SERVICES, INC.
d/b/a SIGN-LITE SLS SERVICES, LLC
12665 Coit Road
Cleveland, OH  44108

/s/    Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: July 21, 2008

197728-1